IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RACQUEL LEWIS, | : |
|       Plaintiff, | : |
| v. | :   Civ. No. 23-1276-RGA |
| AT&T CORPORATE, | : |
|       Defendant. | : |

**ORDER**

At Wilmington this 3rd day of June, 2024,

IT IS HEREBY ORDERED that:

1. On May 10, 2024, an Order was entered that dismissed the Complaint and gave Plaintiff leave to file an amended complaint on or before May 21, 2024. (D.I. 8). The Memorandum Opinion actually said Plaintiff would have twenty-one days from May 10th, which would be May 31, 2024. Plaintiff was warned that failure to timely file an amended complaint would result in the case being closed.

2. The time has passed, and Plaintiff failed to file an amended complaint.

3. The case is **DISMISSED** and the Clerk of Court is directed to **CLOSE** the case.

                                                            /s/ Richard G. Andrews
                                                         UNITED STATES DISTRICT JUDGE